IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number __1:25-cv-1819__, Case Name __AA, et al. v. U.S. Dep't of State, et al.__
Party Represented by Applicant: __AA, et al. (Plaintiffs)__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Julian Yigal Kritz__
Bar Identification Number __1741610__   State __DC__
Firm Name __Williams & Connolly LLP__
Firm Phone # __2024345000__   Direct Dial # __2024345022__   FAX # __2024345029__
E-Mail Address __jkritz@wc.com__
Office **Mailing** Address __680 Maine Avenue SW, Washington DC 20024__

Name(s) of federal district court(s) in which I have been admitted __U.S. District Court for the Middle District of North Carolina__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Julian Yigal Kritz
Digitally signed by Julian Yigal Kritz
Date: 2025.10.09 12:42:55 -04'00'
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                 10/16/2025
Ryan Scarborough                            (Date)
(Typed or Printed Name)                     43170
                                            (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☒ or Exemption Granted ☐

The motion for admission is GRANTED ☒ or DENIED ☐

Anthony J. Trenga
Senior U.S. District Judge

10/22/2025
(Date)