IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA,
ALEXANDRIA DIVISION

| | |
|---|---|
| AA, *et al.*,<br>　　　　　Plaintiffs,<br><br>– *versus* –<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br>　　　　　Defendants. | Case No. 1:25-cv-1819-AJT-WEF |

**PROOF OF SERVICE**

　　I, RYAN T. SCARBOROUGH, ESQ., hereby declare as follows:

　　1.　　I am an attorney at Williams & Connolly LLP and a member of the bar of this Court. I am counsel of record for Plaintiffs AA, AA Spouse, AA Child 1, AA Child 2, BB, BB Spouse, BB Child 1, BB Child 2, BB Child 3, BB Child 4, BB Child 5, BB Child 6, CC, CC Spouse, CC Child 1, CC Child 2, CC Child 3, DD, DD Spouse, DD Child 1, DD Child 2, DD Child 3, EE, EE Spouse, EE Child 1, EE Child 2, FF, FF Spouse, FF Child 1, FF Child 2, FF Child 3, FF Child 4, FF Child 5, GG, and GG Spouse (collectively "Plaintiffs") in the above-captioned action. I submit this declaration and Exhibit 1 attached hereto as proof of service on Defendants, pursuant to Federal Rule of Civil Procedure 4(l)(1) and 28 U.S.C. § 1746.

　　2.　　On October 23, 2025, pursuant to Federal Rule of Civil Procedure 4(i)(2), a copy of the summons and complaint was sent to Defendant United States Department of State through certified mail directed to the Office of the Legal Adviser at 600 19th St NW, Suite 5.600, Washington, DC 20522, which was delivered on October 27, 2025.

3. On October 23, 2025, pursuant to Federal Rule of Civil Procedure 4(i)(2), a copy of the summons and complaint was sent to Defendant Marco Rubio, Secretary of the United States Department of State, through certified mail directed to 600 19th St NW, Suite 5.600, Washington, DC 20522, which was delivered on October 27, 2025.

4. On October 23, 2025, pursuant to Federal Rule of Civil Procedure 4(i)(2), a copy of the summons and complaint was sent to Defendant United States Department of Homeland Security through certified mail directed to the Office of the General Counsel at 245 Murray Lane SW, Mail Stop 0485, Washington, DC 20528-0485, which was delivered on October 24, 2025.

5. On October 23, 2025, pursuant to Federal Rule of Civil Procedure 4(i)(2), a copy of the summons and complaint was sent to Defendant Kristi Noem, Secretary of the United States Department of Homeland Security, through certified mail directed to the Office of the General Counsel at 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485, which was delivered on October 24, 2025.

6. On October 23, 2025, pursuant to Federal Rule of Civil Procedure 4(i)(2), a copy of the summons and complaint was sent to Defendant United States Citizenship and Immigration Services through certified mail directed to Office of the Chief Counsel at 5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs, MD 20588-0009, which was delivered on October 27, 2025.

7. On October 23, 2025, pursuant to Federal Rule of Civil Procedure 4(i)(2), a copy of the summons and complaint was sent to Defendant Joseph B. Edlow, Director of the United States Citizenship and Immigration Services, through certified mail directed to 5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs, MD 20588-0009, which was delivered on October 24, 2025.

8. On October 23, 2025, pursuant to Federal Rules of Civil Procedure 4(i)(1)(A)(ii) and 4(i)(2), a copy of the summons and complaint was sent to the United States Attorney's Office for the Eastern District of Virginia through certified mail directed to 2100 Jamieson Avenue, Alexandria, VA 22314, which was delivered on October 24, 2025.

9. On October 23, 2025, pursuant to Federal Rules of Civil Procedure (4)(i)(l)(B) and 4(i)(2), a copy of the summons and complaint was sent to the Attorney General of the United States through certified mail directed to 950 Pennsylvania Ave NW, Washington, DC 20530, which was delivered on October 27, 2025.

\*   \*   \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 29, 2025

Respectfully submitted,

/s/ Ryan T. Scarborough

Ryan T. Scarborough (VSB No. 43170)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
rscarborough@wc.com

*Counsel for Plaintiffs*