IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AA, AA SPOUSE, AA CHILD 1, AA CHILD 2, BB, BB SPOUSE, BB CHILD 1, BB CHILD 2, BB CHILD 3, BB CHILD 4, BB CHILD 5, BB CHILD 6, CC, CC SPOUSE, CC CHILD 1, CC CHILD 2, CC CHILD 3, DD, DD SPOUSE, DD CHILD 1, DD CHILD 2, DD CHILD 3, EE, EE SPOUSE, EE CHILD 1, EE CHILD 2, FF, FF SPOUSE, FF CHILD 1, FF CHILD 2, FF CHILD 3, FF CHILD 4, FF CHILD 5, GG, AND GG SPOUSE, | |
| *Plaintiffs*, | |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, | Case No. 1:25-cv-1819-AJT-WEF |
| MARCO RUBIO, in his official capacity as Secretary of the United States Department of State, | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| JOSEPH B. EDLOW, in his official capacity as Director of the United States Citizenship and Immigration Services, | |
| and | |
| THE UNITED STATES OF AMERICA, | |
| *Defendants*. | |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Leave to Proceed Under Pseudonyms (Dkt. 12). Plaintiffs in this action—all of whom have been granted asylum or approved for derivative asylee status by U.S. Citizenship and Immigration Services—argue that proceeding in the form of generic initials is necessary to "ensure this case can be adjudicated without jeopardizing their safety" (Dkt. 13).

Due to the sensitive nature of this action—involving asylum holders who worked with the United States in Afghanistan, and their derivative family members—and the high risk of physical harm that Plaintiffs may face if their identities were publicly revealed, the need for confidentiality outweighs the public interest in knowing Plaintiffs' identities.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion (Dkt. 12) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs may proceed in this lawsuit pseudonymously via generic initials.

**ENTERED** this 29th day of October, 2025.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE