AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| A.A., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01819-AJT-WEF |
| U.S. Department of State | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

A.A., et al. (Plaintiffs)                                                                                                                                      .

Date:   11/24/2025                                                                                 /s/ Lindsay Hannibal
                                                                                                            *Attorney's signature*

                                                                                                  Lindsay Hannibal, VA Bar # 97008
                                                                                                    *Printed name and bar number*

                                                                                                       Williams & Connolly LLP
                                                                                                         680 Maine Ave SW
                                                                                                        Washington, DC 20024
                                                                                                                *Address*

                                                                                                          lhannibal@wc.com
                                                                                                           *E-mail address*

                                                                                                            (202) 434-5000
                                                                                                          *Telephone number*

                                                                                                            (202) 434-5029
                                                                                                              *FAX number*