# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| A.A., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-01819 (AJT/WEF) |
| ) | |
| KRISTI NOEM, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **[PROPOSED] ORDER**

In consideration of Defendants' Consent Motion for an Extension of Time, and for good cause shown, it is hereby

ORDERED that the deadline for Defendants to file their Answer or other responsive pleading to the instant Complaint shall be extended until January 21, 2026.

Dated: _____                           _____

1