**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| A.A., *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-1819 (AJT/WEF) |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**<u>NOTICE OF HEARING</u>**

PLEASE TAKE NOTICE that on Wednesday, April 15, 2026, or as soon thereafter as the

Court's business allows, Defendants will bring on for hearing their Motion to Dismiss for Lack of

Jurisdiction and Failure to State a Claim upon which Relief Can be Granted, or in the alternative,

transfer to the United States District Court for the District of Maryland, in the above-captioned

action.

//

//

1

Dated: February 11, 2026

Respectfully submitted,

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

*By*:_____/s/_____
CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3831
Fax:    (703) 299-3983
Email: christian.cooper@usdoj.gov
*Counsel for Defendants*

2