**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA,**

**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| A.A., *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:25-cv-01819 (AJT/WEF) |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, April 24, 2026, at 10:00 a.m., Plaintiffs will bring

on for hearing their Motion to Compel Completion of the Administrative Record, in the above-

captioned action.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Ryan Scarborough*
Ryan T. Scarborough (VSB No. 43170)
William P. Ashworth (*pro hac vice*)
Lori J. Interlicchio (*pro hac vice*)
Danielle J. Barondess (*pro hac vice*)
Julian Yigal Kritz (*pro hac vice*)
Lindsay P. Hannibal (VSB No. 97008)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
rscarborough@wc.com
washworth@wc.com
linterlicchio@wc.com
dbarondess@wc.com
jkritz@wc.com
lhannibal@wc.com

Ghita Schwarz (*pro hac vice*)
Guadalupe Aguirre (*pro hac vice*)
Pedro Sepulveda (*pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
gschwarz@refugeerights.org
laguirre@refugeerights.org
psepulveda@refugeerights.org

*Counsel for Plaintiffs*