**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA,**

**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| A.A., *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>               Defendants. | Case No. 1:25-cv-01819 (AJT/WEF) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by and through undersigned counsel, move for summary judgment in their favor on their Administrative Procedure Act claims, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56. The grounds for the motion are set forth fully in Plaintiffs' Memorandum filed herewith.

Dated: June 17, 2026

Respectfully submitted,

*/s/ Ryan Scarborough*

Ryan T. Scarborough (VSB No. 43170)
William P. Ashworth (*pro hac vice*)
Lori J. Interlicchio (*pro hac vice*)
Danielle J. Barondess (*pro hac vice*)
Julian Yigal Kritz (*pro hac vice*)
Lindsay P. Hannibal (VSB No. 97008)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
rscarborough@wc.com
washworth@wc.com
linterlicchio@wc.com
dbarondess@wc.com
jkritz@wc.com
lhannibal@wc.com

Ghita Schwarz (*pro hac vice*)
Guadalupe Aguirre (*pro hac vice*)
Pedro Sepulveda (*pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
gschwarz@refugeerights.org
laguirre@refugeerights.org
psepulveda@refugeerights.org

*Counsel for Plaintiffs*