**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| A.A., *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | )       Case No. 1:25-cv-1819 (AJT/WEF) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| STATE, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## <u>WAIVER OF HEARING</u>

PLEASE TAKE NOTICE that Defendants hereby waive oral hearing on their Motion for

Summary Judgment in the above-captioned action, and thus agree to have the motion decided on

the papers alone.

//

//

Dated: July 2, 2026                      Respectfully submitted,

                                             TODD BLANCHE
                                             ACTING ATTORNEY GENERAL

                                        *By*:_____/s/_____
                                             CHRISTIAN J. COOPER
                                             Special Assistant United States Attorney
                                             Office of the United States Attorney
                                             2100 Jamieson Avenue
                                             Alexandria, Virginia 22314
                                             Tel:     (703) 299-3831
                                             Fax:     (703) 299-3983
                                             Email: christian.cooper@usdoj.gov
                                             *Counsel for Defendants*