**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA,**

**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| A.A., *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>                Defendants. | Case No. 1:25-cv-01819 (AJT/WEF) |

**<u>MOTION FOR LEAVE TO WITHDRAW COUNSEL</u>**

Plaintiffs, pursuant to Local Rule 83.1, respectfully request that the Court grant leave for Plaintiffs to withdraw Lori Jo Interlicchio as counsel in the above-captioned case.  In support of this Motion, Plaintiffs state as follows:

1.      Attorneys from Williams & Connolly LLP and the International Refugee Assistance Project have filed appearances on behalf of Plaintiffs.

2.      Ms. Interlicchio will be leaving Williams & Connolly and is no longer participating in this case.  She does not need notice of filings in this matter and should be removed from all service lists including the CM/ECF system.

3.      All other attorneys of record will continue to represent Plaintiffs.

WHEREFORE, for the foregoing reasons, Plaintiffs ask that this Court grant leave for Ms. Interlicchio to withdraw and remove her from all service lists and as counsel for Plaintiffs.

Dated: July 7, 2026

Respectfully submitted,

*/s/ Lindsay P. Hannibal*
Ryan T. Scarborough (VSB No. 43170)
Edward J. Bennett (VSB No. 40118)
William P. Ashworth (*pro hac vice*)
Adam D. Harber (*pro hac vice*)
Danielle J. Barondess (*pro hac vice*)
Lori Jo Interlicchio (*pro hac vice*)
Julian Yigal Kritz (*pro hac vice*)
Lindsay P. Hannibal (VSB No. 97008)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
rscarborough@wc.com
ebennett@wc.com
washworth@wc.com
aharber@wc.com
dbarondess@wc.com
linterlicchio@wc.com
jkritz@wc.com
lhannibal@wc.com

Ghita Schwarz (*pro hac vice*)
Guadalupe Aguirre (*pro hac vice*)
Pedro Sepulveda (*pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
gschwarz@refugeerights.org
laguirre@refugeerights.org
psepulveda@refugeerights.org

*Counsel for Plaintiffs*