## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA,
### ALEXANDRIA DIVISION

<table>
<tr><td>

A.A., *et al.*,

               Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,

               Defendants.
</td><td>

Case No. 1:25-cv-1819 (AJT/WEF)
</td></tr>
</table>

### ORDER

This matter comes before the Court on Plaintiffs' Motion for Leave to Withdraw Counsel. Dkt. 123. Plaintiffs seek leave to withdraw Lori Jo Interlicchio as counsel and represent that Plaintiffs will continue to be represented despite this withdrawal.

Upon consideration of the Motion, and for good cause shown, it is hereby

**ORDERED** the Motion (Dkt. 123) is **GRANTED**.

The Clerk's Office is directed to terminate Ms. Interlicchio as counsel of record in this matter.

**ENTERED** this 8th day of July, 2026.

                  *William E. Fitzpatrick*
                  WILLIAM E. FITZPATRICK
                  UNITED STATES MAGISTRATE JUDGE