# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **7/29/2026**                                          Judge:    **Trenga**
Time: **11:24 - 11:48**                                      Reporter: **R. Montgomery**

Civil Action Number: **1:25-cv-1819**

## AA, ET AL

## V.

## UNITED STATES DEPARTMENT OF STATE, ET AL

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| **Danielle Barondess** | **Christian Cooper** |
| **Guadalupe Aguirre** | **Elizabeth Spavins** |
| **Lindsay Hannibal** | |
| **Pedro Sepulveda, Jr.** | |
| **William Ashworth** | |
| **Ryan Scarborough** | |
| **Kelly Edwards** | |

Motion to/for:
[110] Motion for Summary Judgment by pltf. - granted
[120] Motion for Summary Judgment by deft. - denied

(**X**) Order to Follow