IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-01819 (AJT/WEF) |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Before the Court are the parties' cross motions for summary judgment, [Doc. Nos. 110, 120] ("the Motions"). The Court held a hearing on the Motions on July 29, 2026. For the reasons stated from bench and in its May 28, 2026 Memorandum Opinion and Order denying Defendants' Motion to Dismiss, [Doc. No 103], it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, [Doc. No. 110], be and the same hereby is, **GRANTED**, and judgment be entered in favor of Plaintiffs pursuant to Fed. R. Civ. P. 58; and it is further

**ORDERED** that Defendants' Motion for Summary Judgment, [Doc. No. 120], be and the same hereby is, **DENIED**; and it is further

**ORDERED** that the State Department's policy applying Presidential Proclamations 10949 and 10998 to follow-to-join asylees as used to deny boarding foils, be and the same hereby is, **VACATED** as unlawful under 5 U.S.C. § 706(2)(A); and it is further

**ORDERED** that Defendants issue the boarding foils for Derivative Plaintiffs AA, BB, CC, DD, EE within 15 days of the Court's Order, without prejudice to Defendants' ability to impose

additional compliance measures, as required by law, on these Derivative Plaintiffs following their arrival to the United States; and it is further

**ORDERED** that Defendants adjudicate the boarding foil applications of Plaintiffs FF and GG individually and without regard to Presidential Proclamations 10949 and 10998, within 30 days of the date of this Order; and it is further

**ORDERED** that the Court retains jurisdiction over this action until all Derivative Plaintiffs have received individualized travel eligibility and border admissibility determinations and arrive in the United States, and, while the Court retains jurisdiction, the parties file a joint status report to the Court every 14 days.

The Clerk is directed to forward a copy of this Order to all counsel of the record; and to enter judgment in favor of Plaintiffs pursuant to Fed. R. Civ. P. 58.

July 29, 2026
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge