**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| AA, ET AL | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 1:25-cv-1384 |
| | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| STATE, ET AL | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

Pursuant to the order of this Court entered on July 29, 2026 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiffs, AA, BB, CC, AA Child 1, BB Child 1, CC Child 1, DD Child 1, EE Child 1, FF Child 1, AA Child 2, BB Child 2, CC Child 2, DD Child 2, EE Child 2, FF Child 2, BB Child 3, CC Child 3, DD Child 3, FF Child 3, BB Child 4, FF Child 4, BB Child 5, FF Child 5, BB Child 6, DD, EE, FF, GG, AA Spouse, BB Spouse, CC Spouse, DD Spouse, EE Spouse, FF Spouse, GG Spouse, and against the Defendants, Joseph B. Edlow, Kristi Noem, Marco Rubio, The United States of America, United States Citizenship and Immigration Services, United States Department of Homeland Security, United States Department of State.

LAURA GRIFFIN, CLERK OF COURT

By:_____/s/_____
        Dani Zirk
        Deputy Clerk

Dated: 7/29/2026
Alexandria, Virginia