**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| A.A., *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:25-cv-1819-AJT-WEF |

## <u>ORDER</u>

This matter comes before the Court on Plaintiffs' motion for leave to file under seal exhibits previously filed with this Court. Dkt. 15. Plaintiffs seek to permanently maintain under seal the following documents: unredacted Exhibits A, C, D, E, F, G, H, and I to the Complaint; unredacted Exhibits 1 through 7 to Plaintiffs' Motion for Leave to Proceed Under Pseudonyms; and Exhibit 8 to the Motion for Leave to Proceed Under Pseudonyms. The exhibits include declarations of Asylee Plaintiffs describing the whereabouts of Derivative Asylees and the threats and violence they face from the Taliban and a table associating Plaintiffs' full names with their intended pseudonyms, all of which are subject to the Protective Order approved by the Court on April 15, 2026. Dkt. 62.

When presented with a request to seal judicial records or documents, the Court must comply with certain substantive and procedural requirements. Courts "must (1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and

factual findings supporting its decision to seal the documents and for rejecting the alternatives."

*Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000).

The Court has reviewed the Motion and Memorandum in Support and finds that sealing the requested exhibits is appropriate. Each of the requirements for filing under seal is met: (1) Plaintiff notified the public of this request by publicly filing the Motion to Seal and accompanying Notice; (2) the Court has considered less drastic alternatives to sealing and there are no less drastic alternatives that would protect the asylees' interests; and (3) the public's interests in accessing the sensitive information contained in the filings is outweighed by the interest in preserving the sensitive information.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion to Seal (Dkt. 15) is **GRANTED.**

The Clerk's Office is directed to maintain the following documents under seal until further Order of this Court:

1.  unredacted Exhibits A, C, D, E, F, G, and H to the Complaint;

2.  unredacted declarations of Plaintiffs AA, BB, CC, DD, EE, FF, and GG filed in support of Plaintiffs' Motion for Leave to Proceed Under Pseudonyms (Exhibits 1 through 7); and

3.  Exhibit 8 to the Motion for Leave to Proceed Under Pseudonyms.

**ENTERED** this 5th day of August, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE