IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

|  |  |
|---|---|
| A.A., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-1819-AJT-WEF |

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Seal. Dkt. 67. At Defendants' request, Plaintiffs seek to permanently maintain under seal the following documents: unredacted Memorandum in Support of Motion to Compel Completion of Certified Administrative Record and Unredacted Exhibit B to the same. Plaintiffs take no position as to whether the contents should be permanently maintained under seal. In response, Defendants never filed a memorandum in support of Plaintiffs' motion to seal as required under Local Civil Rule 5 ("The motion to file under seal shall be accompanied by a … supporting memorandum"). "When a party moves to file material under seal because another party has designated that material as confidential, the party designating the material as confidential must file a response to the motion." *Id.*

Accordingly, it is hereby

**ORDERED** Plaintiffs' Motion to Seal (Dkt. 67) is **DENIED**; and it is further

**ORDERED** Defendants shall have fourteen (14) days from entry of this Order to file an accompanying memorandum to the Motion to Seal if they still seek the relief sought.

If no response is received from Defendants within fourteen (14) days of this Order, the Clerk's Office is directed to unseal the Memorandum in Support of Motion to Compel and Exhibit B to the same. (Dkt. Nos. 67-1, 67-2).

**ENTERED** this 5th day of August, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE