**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| A.A., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-cv-1819-AJT-WEF |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

This matter comes before the Court on Defendants' Motion to Seal. Dkt. 90. Defendants seek to seal portions of the Declaration of Michael Thoman ("Thoman Declaration"). Defendants specifically seek to redact Plaintiffs' names and other sensitive identifying information. Plaintiffs support Defendants' Motion and assert sealing is necessary to protect Plaintiffs from a grave risk of death or other serious harm because the information includes Plaintiffs' names and personally identifiable information. Dkt. 101.

When presented with a request to seal judicial records or documents, the Court must comply with certain substantive and procedural requirements. Courts "must (1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000).

The Court has reviewed the Motion and Memorandum in Support and finds that sealing the requested documents is appropriate. The requirements for filing under seal have been met:

(1) Defendants notified the public of this request by publicly filing the Motion to Seal and accompanying memorandum; (2) the Court has considered less drastic alternatives to sealing and there are no less drastic alternatives that would protect the individuals' interests (3) the public's interests in accessing the sensitive information contained in the filings is outweighed by the interest in preserving the sensitive information.

Accordingly, it is hereby

**ORDERED** Defendants' Motion to Seal (Dkt. 90) is **GRANTED**; and it is further

**ORDERED** the unredacted version of the Thoman Declaration (Dkt. 94) shall remain under seal until further Order from this Court.

**ENTERED** this 5th day of August, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE