IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

A.A., *et al.*,

                    Plaintiffs,

v.                                                    Civil Action No. 1:25-cv-1819-AJT-WEF

UNITED STATES DEPARTMENT OF
STATE, *et al.*,

                    Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Seal. Dkt. 114. Plaintiffs

seek to permanently maintain under seal the following documents: (1) Plaintiffs' I-730 Petitions,

attached as Exhibit E to Plaintiffs' Memorandum In Support of Motion for Summary Judgment;

(2) the unredacted version of the Declaration of Larry Talbott, attached as Exhibit F to Plaintiffs'

Memorandum In Support of Motion for Summary Judgment; and (3) the unredacted version of

the Declaration of Michael Thoman, attached as Exhibit G to Plaintiffs' Memorandum In

Support of Motion for Summary Judgment. Plaintiffs assert that the information sought to be

sealed should remain permanently under seal to protect Plaintiffs from a grave risk of death or

other serious harm as the documents include Plaintiffs' identifying information.

When presented with a request to seal judicial records or documents, the Court must

comply with certain substantive and procedural requirements. Courts "must (1) provide public

notice of the request to seal and allow interested parties a reasonable opportunity to object, (2)

consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and

factual findings supporting its decision to seal the documents and for rejecting the alternatives."

*Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000).

The Court has reviewed the Motion and Memorandum in Support and finds that sealing the requested documents is appropriate. The requirements for filing under seal have been met: (1) Plaintiffs notified the public of this request by publicly filing the Motion to Seal and accompanying memorandum; (2) the Court has considered less drastic alternatives to sealing and there are no less drastic alternatives that would protect the individuals' interests; and (3) the public's interests in accessing the sensitive information contained in the filings is outweighed by the interest in preserving the sensitive information. Further, the proposed redactions to Exhibits F and G are narrowly tailored to protect the sensitive information at issue.

Accordingly, it is hereby

**ORDERED** Plaintiffs' Motion to Seal (Dkt. 114) is **GRANTED**; and it is further

**ORDERED** the unredacted versions of Exhibit E, Exhibit F, and Exhibit G (Dkt. Nos. 116, 116-1, & 116-2) shall remain under seal until further Order of this Court.

**ENTERED** this 5th day of August, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE