**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| A.A., *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-1819 (AJT/WEF) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| STATE, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**<u>NOTICE OF APPEAL</u>**

Pursuant to Federal Rule of Appellate Procedure 3, the Defendants, in their official capacities, hereby appeal to the United States Court of Appeals for the Fourth Circuit the final judgment and order entered in this action on July 29, 2026 (Doc. No. 128, 129), granting Plaintiff's motion for summary judgment (Doc. No. 110) and denying Defendants' motion for summary judgment (Doc. No. 120).

//

//

1

Dated: August 12, 2026

Respectfully submitted,

TODD BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED
STATES ATTORNEY

*By*:_____/s/_____
CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3831
Fax:    (703) 299-3983
Email: christian.cooper@usdoj.gov
*Counsel for Defendants*

2