**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| A.A, *et al.*, | ) |
| | ) |
|        *Plaintiffs,* | ) |
| | ) |
|    v. | )    Case No. 1:25-cv-1819 (AJT/WEF) |
| | ) |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | ) |
| | ) |
|        *Defendants.* | ) |
| | ) |

**[Proposed] ORDER**

This matter comes before the Court on Defendants' motion (1) to stay court's July 29, 2026 judgment and order pending appeal and (2) for immediate administrative stay.  Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED; it is further

ORDERED that the judgment and order are administratively STAYED;

[*or*]

ORDERED that the judgment and order are STAYED pending appeal.

[*or*]

ORDERED that the judgment and order are STAYED to the extent they extend beyond the named Plaintiffs to non-parties.

IT IS SO ORDERED


Dated: August ___, 2026
Alexandria, Virginia

1