**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| A.A., *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:25-cv-1819 (AJT/WEF) |
| | ) |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## <u>WAIVER OF HEARING</u>

PLEASE TAKE NOTICE that Defendants waive oral argument on their motion to stay this Court's July 29, 2026 Order and Judgment in the above-captioned case and thus agree to have the motion decided on the papers alone.

//

//

1

Dated: August 12, 2026

Respectfully submitted,

TODD BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES
ATTORNEY

By: _____/s/_____

CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3831
Fax:    (703) 299-3983
Email: christian.cooper@usdoj.gov
*Counsel for Defendants*