**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

A.A., *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,

Defendants.

Case No. 1:25-cv-01819-AJT-WEF

**JOINT STATUS REPORT**

The Parties, by and through undersigned counsel, respectfully file this Joint Status Report pursuant to the Court's Order dated July 29, 2026 (Dkt. 128).

**Plaintiff Families AA, BB, CC, DD, and EE**

Last week, couriers brought the passports for Families AA, BB, CC, DD, and EE to the respective embassy locations in Dushanbe, Tajikistan and Islamabad, Pakistan. The U.S. embassies issued the boarding foils on August 21, 2026, along with sealed manila envelopes that Plaintiffs were not expecting to receive. The envelopes stated on the outside that they were to be opened only by a U.S. immigration or public health services officer at a port of entry into the United States. That same day, counsel for Plaintiffs emailed counsel for Defendants requesting further details about the envelopes and expressing concern that they might be interfered with, particularly during the border crossings back into Afghanistan.

[redacted]

[redacted]

As of the submission of this Status Report, all Five Families have taken custody of their passports and accompanying envelopes and intend to fly to the United States as soon as possible. At Defendants' request, counsel for Plaintiffs will provide each Family's travel itinerary to counsel for Defendants as soon as it is finalized so that Defendants can ensure the Families do not encounter issues when they land at a U.S. airport.

**Plaintiff Families FF and GG**

The case files of Plaintiff Families FF and GG have arrived at the U.S. Embassy in [redacted], where they will be interviewed and complete their processing.[1] Families FF and GG are pursuing visas from the Embassy of [redacted] in Afghanistan. [redacted]. For that reason, the visas for Families FF and GG are unlikely to issue until mid-to-late September. Families FF and GG intend to travel to [redacted] promptly after their visas issue, though [redacted] may affect how quickly they can cross. Counsel for Plaintiffs will update counsel for Defendants as soon as they know when the visas will issue for Families FF and GG so that the U.S. Embassy in [redacted] can schedule their interview appointments, anticipated during the last two weeks of September 2026.

[1] As stated in the prior JSR, travel into Pakistan was not an option due to its border closures to Afghans.

Counsel for Plaintiffs have also inquired whether Defendants can provide letters to Families FF and GG to facilitate their crossing into [redacted] which is pending response.

**<u>Defendants' Implementation of Vacatur</u>**

Defendants are actively working to implement the Court's vacatur and finalizing implementing guidance to posts. USCIS' implementation announcement (Instructions for Complying with AA, et al. v. United States Department of State, et al., No. 1:25-cv-01819 (AJT/WEF)) was distributed by email this evening. In addition, instructions directing posts to realign their policies and practices consistent with the Court's ruling are pending review within the Department of State. Defendants will provide the Court with further detail on the status and substance of that implementation guidance as it becomes available and are prepared to file a supplemental statement on this issue on a schedule the Court deems appropriate.

Dated: August 26, 2026

<u>s/ Lindsay Hannibal</u>

Ryan T. Scarborough (VSB No. 43170)
William P. Ashworth (*pro hac vice*)
Edward John Bennett (VSB No. 40118)
Adam Daniel Harber (*pro hac vice*)
Danielle J. Barondess (*pro hac vice*)
Julian Yigal Kritz (*pro hac vice*)
Lindsay P. Hannibal (VSB No. 97008)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
rscarborough@wc.com
washworth@wc.com
ebennett@wc.com
aharber@wc.com

Respectfully submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

<u>s/ Elizabeth Spavins</u>
ELIZABETH A. SPAVINS
Assistant United States Attorney
CHRISTIAN J. COOPER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3785

dbarondess@wc.com
jkritz@wc.com
lhannibal@wc.com

Ghita Schwarz (*pro hac vice*)
Guadalupe Aguirre (*pro hac vice*)
Pedro Sepulveda (*pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
gschwarz@refugeerights.org
laguirre@refugeerights.org
psepulveda@refugeerights.org

*Counsel for Plaintiffs*

Fax: (703) 299-3983
Email: lizzie.spavins@usdoj.gov
*Counsel for Defendants*